FILED
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| GARRIE D. BOSTIC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF AL ST. LAWRENCE, et. al., )<br>)<br>Defendants. ) | Case No. CV406-161 |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of August, 2006.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA